UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>v.<br><br>**RICHARD RAMIREZ-VARGAS**<br>**Defendant-Petitioner** | Cr. 00-048(JAF) |

**MOTION TO VACATE, SET ASIDE OR CORRECT CRIMINAL SENTENCE
PURSUANT TO 28 U.S.C. 2255, <u>BLAKELY V. WASHINGTON</u> 542 U.S. __ (06/24/2004)
AND <u>DODD V. UNITED STATES</u> 545 U.S. __ (06/20/2005)**

**TO THE HONORABLE COURT:**

    Comes now the Defendant-Petitioner, Richard Ramírez-Vargas, by and through the undersigned counsel, and very respectfully states, informs, and prays as follows:

    1.    Defendant-Petitioner Richard Ramírez-Vargas respectfully moves this Honorable Court, sentencing U.S. District Judge, to vacate, set aside or correct his criminal sentence pursuant to <u>Blakely v. Washington</u> 542 U.S. __ (06/24/2004) and <u>Dodd v. U.S.</u> 545 U.S. __ (06/20/2005).

    THEREFORE, for the above stated reasons, the Defendant-Petitioner prays this Honorable Court to vacate, set aside or correct his criminal sentence pursuant to <u>Blakely v. Washington</u> 542 U.S. __ (06/24/2004) and <u>Dodd v. U.S.</u> 545 U.S. __ (06/20/2005), and any other remedy pursuant to law.

1

I do certify that on this date I electronically filed the foregoing <u>Motion to Vacate, Set Aside or Correct Criminal Sentence Pursuant to 28 U.S.C. 2255, *Blakely v. Washington* 542 U.S. ___ (06/24/2004) and *Dodd V. United States* 545 U.S. ___ (06/20/2005)</u> with the Clerk of the Court, using the CM/ECF system, which will send notification to the United States Attorney's Office, Torre Chardon, 350 Carlos Chardon St., Suite 1201, San Juan, P.R. 00918.

Respectfully submitted, in San Juan, Puerto Rico, today, June 23, 2005.

                FOR DEFENDANT-PETITIONER
                RICHARD RAMÍREZ-VARGAS

                S/ RAFAEL ANGLADA-LOPEZ
                RAFAEL ANGLADA-LOPEZ
                U.S.D.C. - P.R.  NO. 202508
                PO BOX 194886
                SAN JUAN, PUERTO RICO 00919
                TEL. (787) 250-0917
                FAX  (787) 765-8679