UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RICHARD RAMIREZ-VARGAS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1695 (JAF)

(Criminal No. 00-048)

### **J U D G M E N T**

Pursuant to the terms and conditions of an Order subscribed by the court today, judgment is now entered summarily dismissing this 28 U.S.C. § 2255 petition. Rules 2 and 4, <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 23rd day of August, 2005.

                      S/José Antonio Fusté
                      JOSE ANTONIO FUSTE
              Chief U. S. District Judge