## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v.**<br><br>**RICHARD RAMIREZ-VARGAS**<br>a/k/a "Clavo"<br>**Defendant** | **Cr. 00-048-08(JAF)** |

### NOTICE OF COURT-APPOINTED COUNSEL APPEARANCE
### AND FOR SCHEDULING OF RE-SENTENCING HEARING DUE TO
### FORTHCOMING GOVERNMENT FILING OF RULE 35(b), F.R.Cr.P.

**TO THE HONORABLE COURT**
**HONORABLE JOSE A. FUSTE,**
**CHIEF U.S. DISTRICT JUDGE:**

Comes now the Defendant, Richard Ramirez-Vargas, by and through the undersigned counsel, and very respectfully states, informs and prays as follows:

1. On June 8, 2001, the Honorable Court of Appeals for the First Circuit appointed the undersigned counsel to represent Defendant Richard Ramirez-Vargas in his criminal appeal. This counsel first met the Defendant at FCI - Miami on July 3 - 4, 2001. Judgment in Appeal No. 01-1748 was rendered on October 29, 2002, affirming his sentence. Appointment before the U.S. Court of Appeals concluded on December 9, 2002. CJA payment was received. Since, Defendant Richard Ramirez-Vargas decided pro-se to substantially cooperate with the government and sought the

1

undersigned counsel's advise. The Defendant has specifically requested the representation of this counsel at the time of re-sentencing, pursuant to Rule 35(b), F.R.Cr.P.

A Rule 35(b), F.R.Cr.P., will be filed by the government shortly. Once filed, it is respectfully requested to this Honorable Court to immediately schedule the re-sentencing hearing, and any other remedy pursuant to law.

IT IS HEREBY CERTIFIED that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the United States Attorney's Office, Torre Chardon, 350 Carlos Chardon St., Suite 1201 San Juan, P.R., 00918.

In San Juan, Puerto Rico, this 28th day of February 2006.

FOR DEFENDANT
RICHARD RAMIREZ-VARGAS


s/ RAFAEL ANGLADA-LÓPEZ
RAFAEL ANGLADA-LÓPEZ, ESQ.
U.S.D.C. - P.R. 202508
PO BOX 194886
SAN JUAN, PUERTO RICO 00936
TEL. (787) 525-1981
E-MAIL: angladalr@yahoo.com