## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**V.**<br><br>**RICHARD RAMIREZ-VARGAS**<br>**Defendant** | **CR. NO. 00-048-08(JAF)** |

**URGENT MOTION FOR SHORT CONTINUANCE OF RE-SENTENCING HEARING**

**TO THE HONORABLE COURT**
**HONORABLE JOSE A. FUSTE,**
**CHIEF U.S. DISTRICT JUDGE:**

Comes now the defendant, Richard Ramírez-Vargas, by and through the undersigned counsel, and very respectfully states, informs and prays as follows:

1. A re-sentencing hearing in the instant case is currently set for August 21, 2006, at 1:30 p.m. Due to a conflict of calendar and medical condition it is respectfully requested to this Honorable Court to grant a short continuance of the date of the hearing, preferably for Friday, August 25, 2006, at 1:30 p.m.

THEREFORE, this Honorable Court is respectfully requested to grant the instant request for a continuance of the sentencing hearing, preferably for August 25, 2006, at 1:30 p.m., and any other remedy pursuant to law.

I do certify that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office, Torre Chardon, 350 Carlos Chardon St., Suite 1201, San Juan, P.R. 00918.

Respectfully submitted, in San Juan, Puerto Rico, today, August 15, 2006.

                        FOR COURT-APPOINTED DEFENDANT
                        RICHARD RAMIREZ-VARGAS

                        S/ RAFAEL ANGLADA-LÓPEZ
                        RAFAEL ANGLADA-LÓPEZ, ESQ.
                        U.S.D.C. - P.R. 202508
                        PO BOX 194886
                        SAN JUAN, PUERTO RICO 00936
                        TEL. (787) 525-1981
                        E-mail: angladalr@yahoo.com